**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nat Kind Merrardo Garcia Hernandez,<br><br>Petitioner<br>v.<br><br>John Mattos, et al.,<br><br>Respondents | Case No.: 2:26-cv-01319-JAD-DJA<br><br>**Order Denying Habeas Petition as Moot** |

Nat Kind Merrardo Garcia Hernandez, a citizen of Cuba, filed habeas action under 28 U.S.C. § 2241 to challenge his detention by Immigration and Customs Enforcement (ICE).[1] At the time of the petition's filing, Garcia Hernandez had been ordered removed, and an appeal was pending before the Board of Immigration Appeals (BIA).[2] But the BIA since remanded his case back to the immigration judge, who granted withholding of removal, mooting Garcia Hernandez's claims.[3] As Garcia Hernandez explains it, when he filed his petition, he was seeking release or a bond hearing "because he was being detained in violation of ICE policy and his detention violated his due-process rights under the Fifth Amendment of the United States Constitution."[4] "[W]ith the change in his immigration status," Garcia Hernandez's basis for seeking relief must change to an argument that his detention has been unconstitutionally prolonged under *Zadvydas v. Davis*.[5] But that claim is not yet ripe.

---

[1] ECF No. 1.

[2] ECF No. 9 at 2

[3] *Id*.; ECF No. 9-2.

[4] ECF No. 9 at 2.

[5] *Id*. (citing *Zadvydas v. Davis*, 533 U.S. 678, 689 (2001)).

Because developments in Garcia Hernandez's immigration proceedings have mooted his original habeas petition, IT IS ORDERED that **this petition is DENIED as moot and without prejudice** to the petitioner's filing of a new petition if and when his *Zadvydas* claim becomes ripe. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 6, 2026